UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00214 |
| | ) | JUDGE CAMPBELL |
| CHARLES EUGENE FRANKLIN | ) | |

ORDER

Pending before the Court is the Defendant's Motion To Reset Hearing On Motion To Suppress To Enable Defendant To Supplement Motion With *Franks v. Delaware* Challenge (Docket No. 32). The parties discussed the Motion at a hearing on April 24, 2014.

The Motion is GRANTED. The suppression hearing set for April 24, 2014 is CONTINUED to June 12, 2014, at 9:00 a.m. The Defendant shall file the supplemental *Franks* motion on or before May 13, 2014.

It is so ORDERED.

_Todd Campbell_
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE