UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  NO. 3:13-00214 |
| | )  JUDGE CAMPBELL |
| CHARLES EUGENE FRANKLIN | ) |

ORDER

The hearing scheduled for June 12, 2014, is RESCHEDULED for July 17, 2014, at 1:00 p.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE