UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:13-00214 |
| | ) | JUDGE CAMPBELL |
| CHARLES EUGENE FRANKLIN | ) | |

## ORDER

Pending before the Court is the Motion Of Defendant Franklin To Extend The Plea Deadline And Enlarge The Time For Filing Motions *In Limine*, Etc. (Docket No. 47). The Court held a hearing on July 25, 2014. For the reasons stated on the record at the hearing, the Pretrial Conference/Change of Plea Hearing is RESCHEDULED for August 4, 2014, at 9:00 a.m. The deadline for filing motions in limine is extended to August 6, 2014.

The trial remains scheduled for August 12, 2014.

It is so ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE